# United States District Court
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | |
| AMIR MORTAZAVI (1) § | |
| ARVIN ZEINALI (2) § | |
| TRINITY CHAMPION HEALTHCARE § | |
| PARTNERS, LLC (3) § | |
| HEXAMED BUSINESS SOLUTIONS, § | |
| LLC (4) § | |
| ROBERT LEISTEN (5) § | |
| AMY HAASE (6) § | |
| ARNOLD FARBSTEIN (7) § | |
| BARRY WEINSTEIN (8) § | CRIMINAL ACTION NO. 3:24-CR-0049-S |
| ERIC BERKMAN (9) § | |
| JORGE CUZA (10) § | |
| KATHREN MCCARTY (11) § | |
| JAMES ELLIS (12) § | |
| WALTER STRASH (13) § | |
| DAVID WOLF (14) § | |

## ORDER

At the hearing on November 25, 2025, on Defendants' Motion to Dismiss Indictment [ECF No. 251], the Government orally moved to strike the following from the Indictment [ECF No. 1]:

- On page 9, "and 1349" from the Count One header; and
- On page 21, "(18 U.S.C. § 1952)); and in violation of 18 U.S.C. 1349."

There being no objections by Defendants, the Court **GRANTS** the Government's motion.

**SO ORDERED.**

SIGNED November 26, 2025.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE